# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97, <br><br> Plaintiff, <br><br> v. <br><br> RS INVESTMENT MANAGEMENT, L.P., PFPC DISTRIBUTORS, INC., G. RANDALL HECHT; LEONARD B. AUERBACH, JEROME S. CONTRO, JOHN W. GLYNN JR. and MICHAEL MCCAFFERY, <br><br> Defendants, <br><br> RS EMERGING GROWTH FUND, <br><br> Nominal Defendant. | Civil Action No. 04-CV-12106-NMG <br><br> Judge Nathaniel M. Gorton |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for each of the defendants in above-captioned case.

/s/ Robert G. Jones
Robert G. Jones (BBO # 630767)
Ropes & Gray LLP
One International Place
Boston, Massachusetts  02110-2624
617-951-7605

January 10, 2005

9280303.2