UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97<br><br>Plaintiff,<br><br>v.<br><br>RS INVESTMENT MANAGEMENT, L.P., PFPC DISTRIBUTORS, INC., G. RANDALL HECHT; LEONARD B. AUERBACH, JEROME S. CONTRO, JOHN W. GLYNN JR. and MICHAEL MCCAFFERY,<br><br>Defendants,<br><br>RS EMERGING GROWTH FUND,<br><br>Nominal Defendant, | Civil Action No.<br>04-CV-12106-NMG<br><br>Judge Nathaniel M. Gorton |

## STIPULATION

It is hereby stipulated and agreed that the time within which PFPC Distributors, Inc. shall have to answer, move, or otherwise respond to the complaint is enlarged to February 11, 2005.

ROPES & GRAY LLP

By: _____

Robert G. Jones (BBO # 630767)
One International Place
Boston, Massachusetts 02110
(617) 951-7000
*Attorneys for PFPC Distributors, Inc.*

SHAPIRO HABER & URMY LLP

By: _____

Edward F. Haber (BBO # 215620)
Exchange Street
53 State Street
Boston, MA 02109
(617) 439-3939
*Attorneys for Plaintiff*

9308338.1