

# FORM 497

## RS INVESTMENT TRUST − RSMOX

**Filed: May 15, 2000 (period: )**

Definitive materials filed by investment companies

```
RS INVESTMENT TRUST

RS EMERGING GROWTH FUND
PROSPECTUS SUPPLEMENT
TO PROSPECTUS DATED MAY 1, 2000

The RS Emerging Growth Fund is currently closed to new investors.

Shareholders of other Funds who are not currently shareholders in the Emerging
Growth Fund will not be permitted to exchange their shares for shares of the
Emerging Growth Fund. Certain retirement plans, and new investors purchasing
shares through certain financial intermediaries, may be permitted to purchase
shares of the Emerging Growth Fund. Contact RSIM for more information.

May 15, 2000
</TEXT>
</DOCUMENT>
```

Created by 10KWizard Technology   www.10KWizard.com