UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97,<br><br>    Plaintiff,<br><br>vs.<br><br>RS INVESTMENT MANAGEMENT, L.P.; PFPC DISTRIBUTORS, INC.; G. RANDALL HECHT; LEONARD B. AUERBACH; JEROME S. CONTRO; JOHN W. GLYNN, JR.; and MICHAEL McCAFFERY,<br><br>    Defendants, and<br><br>RS EMERGING GROWTH FUND<br><br>    Nominal Defendant. | Case No. 04-cv-12106-NMG<br><br>Judge Nathaniel M. Gorton |

## **DECLARATION OF ROBERT G. JONES**

I, Robert G. Jones, declare and say as follows:

1.    I am a partner in the law firm of Ropes & Gray LLP, which represents defendants RS Investment Management, L.P., PFPC Distributors, Inc., G. Randall Hecht, Leonard B. Auerbach, Jerome S. Contro, John W. Glynn, Jr. and Michael McCaffery. I submit this declaration in support of PFPC Distributor, Inc.'s Memorandum of Law to Dismiss the Plaintiff's Derivative Complaint.

2.    Attached hereto as Exhibit A is a true and accurate copy of the Distribution Agreement between RS Investment Trust and PFPC Distributors, Inc.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                 <u>/s/ Robert G. Jones</u>
                 Robert G. Jones