UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97,<br><br>    Plaintiff,<br><br>VS.<br><br>RS INVESTMENT MANAGEMENT, L.P., PFPC DISTRIBUTORS, INC., G. RANDALL HECHT, LEONARD B. AUERBACH, JEROME S. CONTRO, JOHN W. GLYNN JR. and MICHAEL MCCAFFERY,<br><br>    Defendants, and<br><br>RS EMERGING GROWTH FUND,<br><br>    Nominal Defendant. | Civil Action No. 04-CV-12106 NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Lara A. Sutherlin of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for the Plaintiffs in the above-captioned matter.

Dated: March 16, 2005.

                                                Respectfully submitted,

                                                **/s/Lara A. Sutherlin**
                                                Lara A. Sutherlin BBO#651267
                                                Shapiro Haber & Urmy LLP
                                                75 State Street, Boston, MA 02109
                                                Phone: (617) 439-3939, Fax: (617) 439-0134
                                                e-Mail: Lsutherlin@shulaw.com