UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97,<br><br>    Plaintiff,<br><br>VS.<br><br>RS INVESTMENT MANAGEMENT, L.P., PFPC DISTRIBUTORS, INC., G. RANDALL HECHT, LEONARD B. AUERBACH, JEROME S. CONTRO, JOHN W. GLYNN JR. and MICHAEL MCCAFFERY,<br><br>    Defendants, and<br><br>RS EMERGING GROWTH FUND,<br><br>    Nominal Defendant. | Civil Action No.  04-CV-12106 NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michelle H. Blauner of the law firm of Shapiro Haber & Urmy, LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for the Plaintiffs in the above-captioned matter.

Dated: March 24, 2005                                       Respectfully submitted,

/s/Michelle H. Blauner
Michelle H. Blauner BBO#549049
Shapiro Haber & Urmy LLP
75 State Street, Boston, MA 02109
Phone:  (617) 439-3939
Fax:  (617) 439-0134
e-Mail: mblauner@shulaw.com

1