UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97,<br><br>     Plaintiff,<br><br>VS.<br><br>RS INVESTMENT MANAGEMENT, L.P., PFPC DISTRIBUTORS, INC., G. RANDALL HECHT, LEONARD B. AUERBACH, JEROME S. CONTRO, JOHN W. GLYNN JR. and MICHAEL MCCAFFERY,<br><br>     Defendants, and<br><br>RS EMERGING GROWTH FUND,<br><br>     Nominal Defendant. | Civil Action No.  04-CV-12106 NMG |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO TRANSFER**

Plaintiff Robert Emma, with the consent of all defendants, moves to extend the time for plaintiff to respond to Defendants' Motions to Dismiss and Motion to Transfer – currently due to be filed on March 31, 2005 – until April 29, 2005.

Dated: March 24, 2005                    Submitted by the attorneys for the Plaintiff,

                                         **/s/ Michelle H. Blauner**
                                         Edward F. Haber BBO No. 215620
                                         Michelle H. Blauner BBO No. 549049
                                         Shapiro Haber & Urmy LLP
                                         Exchange Street
                                         53 State Street
                                         Boston, MA 02109
                                         (617) 439-3939

1

**OF COUNSEL:**

Richard J. Vita
77 Franklin Street
3rd Fl.
Boston, MA 02110
(617) 426-6566