UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97,<br><br>    Plaintiff,<br><br>VS.<br><br>RS INVESTMENT MANAGEMENT, L.P., PFPC DISTRIBUTORS, INC., G. RANDALL HECHT, LEONARD B. AUERBACH, JEROME S. CONTRO, JOHN W. GLYNN JR. and MICHAEL MCCAFFERY,<br><br>    Defendants, and<br><br>RS EMERGING GROWTH FUND,<br><br>    Nominal Defendant. | Civil Action No. 04-CV-12106 NMG |

### ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO TRANSFER

Plaintiff Robert Emma, with the consent of all defendants, moves to extend the time for plaintiff to respond to Defendants' Motions to Dismiss and Motion to Transfer until May 13, 2005, and for Defendants to reply until May 27, 2005.

Dated: April 27, 2005                      Submitted by the attorneys for the Plaintiff,

                                                          **/s/ Michelle H. Blauner**
                                                          Edward F. Haber BBO No. 215620
                                                          Michelle H. Blauner BBO No. 549049
                                                          Shapiro Haber & Urmy LLP
                                                          Exchange Street
                                                          53 State Street
                                                          Boston, MA 02109
                                                          (617) 439-3939

**OF COUNSEL:**

Richard J. Vita
77 Franklin Street
3rd Fl.
Boston, MA 02110
(617) 426-6566