UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT EMMA, Custodian, IRA, DTD 7/10/97,<br><br>    Plaintiff,<br><br>VS.<br><br>RS INVESTMENT MANAGEMENT, L.P., PFPC DISTRIBUTORS, INC., G. RANDALL HECHT, LEONARD B. AUERBACH, JEROME S. CONTRO, JOHN W. GLYNN JR. and MICHAEL MCCAFFERY,<br><br>    Defendants, and<br><br>RS EMERGING GROWTH FUND,<br><br>    Nominal Defendant. | Civil Action No.  04-CV-12106 NMG |

## ASSENTED TO MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Robert Emma, with the assent of Defendants RS Investment Management, L.P., PFPC Distributors, Inc., G. Randall Hecht, Leonard B. Auerbach, Jerome S. Contro, John W. Glynn Jr. and Michael Mccaffery and Nominal Defendant RS Emerging Growth Fund, hereby moves pursuant to Fed. R. Civ. P. 41(a) and Fed. R. Civ. P. 23.1, to dismiss this Action without prejudice and without costs, all rights of appeal being waived.

Pursuant to Fed. R. Civ. P. 23.1, this Court should approve the dismissal of this Action, without notice, because there is no prospect of any prejudice to the shareholders of RS Emerging Growth Fund.  The dismissal is without prejudice and no

1

consideration is being paid to Plaintiff or his counsel.

Dated: May 31, 2005

/s/ Michelle H. Blauner
Edward F. Haber BBO No. 215620
Michelle H. Blauner BBO No. 549049
Shapiro Haber & Urmy LLP
Exchange Street
53 State Street
Boston, MA 02109
(617) 439-3939

Counsel for the Plaintiff

/s/ James E. Burns
James E. Burns, Esq., *pro hac vice*
Richard L. Gallagher, *pro hac vice*
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Counsel for Defendants RS Investment Management, L.P., G. Randall Hecht, Leonard B. Auerbach, Jerome S. Contro, John W. Glynn Jr. and Michael Mccaffery and Nominal Defendant RS Emerging Growth Fund

/s/ Robert G. Jones
Robert G. Jones, Esq. BBO No. 630767
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Counsel for Defendant PFPC Distributors, Inc. and Local Counsel for All Defendants